UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **INN FOODS, INC.,**<br><br>　　　　**Plaintiff,**<br><br>vs.<br><br>**MIDWEST FROZEN FOODS, INC.;**<br>**ZAFAR IQBAL and ATHAR SIDDIQ,**<br><br>　　　　**Defendants.** | Case No.:<br>`FILED: JUNE 10, 2008`<br>`08CV3343`<br>`JUDGE HOLDERMAN`<br>`MAGISTRATE JUDGE VALDEZ`<br><br>`PH` |

**PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

COMES NOW, Plaintiff, Inn Foods, Inc., (a private, non-governmental party) by and through its undersigned counsel and pursuant to Rule 7.1, Federal Rules of Civil Procedure, and certifies that there are no corporate parents, affiliates and/or subsidiaries of Plaintiff which are publicly held. A supplemental disclosure statement will be filed upon any change in the information provided herein.

Respectfully submitted on Monday, June 09, 2008.

**MEUERS LAW FIRM, P.L.**

　　　　/s/Katy Koestner Esquivel
Katy Koestner Esquivel, Esq.
Illinois Bar No. 627009
5395 Park Central Court
Naples, FL 34109-5932
Telephone: (239) 513-9191
Facsimile: (239) 513-9677
kesquivel@meuerslawfirm.com

Attorneys for Plaintiff